**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SCOTT CHEEVER and SIDNEY GLEASON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case. No. 20-CV-02555-JAR-KGG |
| ) | |
| JEFFREY ZMUDA, Secretary of the Kansas ) | |
| Department of Corrections, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION TO DISMISS AND IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Jeff Zmuda, Secretary of the Kansas Department of Corrections, Shannon Meyer, Warden of Lansing Correctional Facility, and Sam Cline, Warden of El Dorado Correctional Facility, by and through Assistant Attorneys General Natasha M. Carter and Kathleen M. Barceleau, respectfully request the Court dismiss the claims against them pursuant to Fed. R. Civ. P. 12(b)(1). Defendants further request that this Court grant summary judgment pursuant to Fed. R. Civ. P. 56. In compliance with D. Kan. Rule 7.1 and 7.6, a memorandum in support is filed herewith.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Natasha M. Carter
Natasha M. Carter, KS No. 26074
Kathleen M. Barceleau, KS No. 28401
Assistant Attorneys General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Phone: (785) 296-2215

Fax: (785) 291-3767
Email: natasha.carter@ag.ks.gov
Email: kathleen.barceleau@ag.ks.gov
*Attorneys for Secretary Zmuda, Warden Cline, and Warden Meyer*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021, the above and foregoing was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

W. Perry Brandt
Fred L. Sgroi
Logan M. Rutherford and
Cassandra R. Wait
Bryan Cave Leighton Paisner, LLP-KCMO
*Attorneys for Plaintiffs*

s/ Natasha M. Carter_____
Natasha M. Carter
Assistant Attorney General