IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SCOTT CHEEVER and SIDNEY GLEASON,  )
      )
      Plaintiffs,      )
      )
v.      )      Case. No. 20-CV-02555-JAR-KGG
      )
JEFFREY ZMUDA, Secretary of the Kansas  )
Department of Corrections, et al.,      )
      )
      Defendants.      )
      )

## INDEX TO EXHIBITS

**Exhibit A**: Scott Cheever's KASPER Report

**Exhibit B**: Sidney Gleason's KASPER Report

**Exhibit C**: Declaration of Joel Hrabe
    **Hrabe Exhibit 1**: August 12, 2019 letter regarding segregation conditions improvements

**Exhibit D**: Declaration of Jeff Zmuda
    **Zmuda Exhibit 1**: Policy Memorandum to IMPP 12-136A

**Exhibit E**: Declaration of Vickie Brungardt
    **Brungardt Exhibit 1**: December 6, 2010 Grievance - Response on Appeal
    **Brungardt Exhibit 2**: December 2, 2011 Grievance - Response on Appeal